Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 12−36674−SLM
                    Chapter: 7
                    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Henry A. Scheyer III | Shehnaz Scheyer |
| aka Chip Scheyer | 891 Banta Place |
| 891 Banta Place | Ridgefield, NJ 07657 |
| Ridgefield, NJ 07657 | |

Social Security No.:
  xxx−xx−4510                                       xxx−xx−8867

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Eric R. Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 13, 2017</u>                 <u>Stacey L. Meisel</u>
                                            Judge, United States Bankruptcy Court